UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL MAURICE DIXON, JR.,

        Plaintiff,                  Case No. 23-cv-12666
                                              Hon. Matthew F. Leitman

v.

MACOMB CORRECTIONAL FACILITY
MENTAL HEALTH,

        Defendant.
_____/

## ORDER SUMMARILY DISMISSING CASE

On October 20, 2023, Samuel Maurice Dixon, Jr., an inmate at the Macomb Correctional Facility, commenced this action by filing a civil-rights complaint under 42 U.S.C. § 1983. Plaintiff filed an application to proceed in forma pauperis, but he failed to include the required Certification/Business Manager's Account Statement, and a statement for his Trust Fund account for the six-month period immediately preceding the filing to the complaint. *See McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997). The Court issued an Order to Correct Deficiency on October 24, 2023, informing Plaintiff that if he did not correct his filing deficiency by November 27, 2023, the case may be dismissed. The time for correcting the deficiency has now passed. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See FED. R. CIV. P. 41(b), *Erby*

*v. Kula*, 113 F. App'x. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:   December 11, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126