UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL MAURICE DIXON, JR.,

       Plaintiff,                  Case No. 23-cv-12666
                                           Hon. Matthew F. Leitman

v.

MACOMB CORRECTIONAL FACILITY
MENTAL HEALTH,

       Defendant.
_____/

## JUDGMENT

**IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

                                           KINIKIA ESSIX
                                           CLERK OF COURT

                              By:   s/Holly A. Ryan
                                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:   December 11, 2023
Detroit, Michigan